UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FILED**
AUG 2 4 2000
U.S. DISTRICT COURT
ARLEN B. COYLE, CLERK
By_____ Deputy

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:00CR 119-P
18 U.S.C. 248

KEVIN LEWIS REECE
aka KEVIN HOWARD WILSON

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 28, 2000, in the Northern District of Mississippi, KEVIN LEWIS REECE aka KEVIN HOWARD WILSON, defendant herein, did knowingly and intentionally and by threat of force intimidate and attempt to intimidate a person because that person was and had been providing reproductive health services, in that the said KEVIN LEWIS REECE did on that date place a telephone call from the Northern District of Mississippi to the New Woman Medical Center, an abortion clinic in Jackson, Mississippi, in the Southern District of Mississippi, stating to the receptionist in words to the effect that he was coming to the clinic to "shoot everyone"; in violation of Title 18, United States Code, Section 248.

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY        FOREPERSON